FILED BY __KS__ D.C.

MAR 08 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20083-CR-WILLIAMS/MCALILEY**
_____

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or further order of this Court or the arrest of the Defendant, for the reasons that the named defendant may flee and/or destroy evidence, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office also respectfully requests that it be allowed to obtain copies of these documents, and provide copies to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
STEPHEN J. DEMANOVICH
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 61120
99 NE 4th Street
Miami, Florida 33132
(305) 961-9208
Stephen.Demanovich@usdoj.gov