UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF A SEALED INDICTMENT

Case No. 22-CR-20083-KMW

FILED UNDER SEAL

_____/

## SEALED MOTION TO UNSEAL INDICTMENT AND DOCKET

The United States, by and through the undersigned Assistant United States Attorney, hereby moves this Court to unseal all docket entries associated with the Indictment in the above-captioned case. These documents were sealed as part of an ongoing investigation. An arrest in the case has been made. As a result, the United States respectfully requests that the Indictment and docket under Case No. 22-CR-20083 now be unsealed.

Dated: March 14, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Stephen J. Demanovich
Assistant United States Attorney
Florida Bar No. 61120
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9447
Fax: (305) 536-4699

1