UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF SEALED
INDICTMENT

Case No. 22-CR-20083-KMW

_____/

### ORDER

The United States of America, having filed a motion to unseal the above-captioned case, and the Court being fully advised of the premises,

**IT IS HEREBY ORDERED** that all docket entries associated with the above-captioned case are hereby UNSEALED.

**DONE AND ORDERED** in chambers at Miami, Florida, this __14__ day of March, 2022.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   All counsel of record