UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-CR-20083-WILLIAMS (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

DAVID SCHIEFERLE,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 3/11/2022

                                              _____
                                              **Alicia M. Otazo-Reyes**
                                              **UNITED STATES MAGISTRATE JUDGE**