IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 22-CR-20083-KMW

UNITED STATES OF AMERICA

v.

DAVID SCHIEFERLE,

    Defendant.

_____

### **ORDER**

    Before the Court is David Schieferle's Motion for Brady Evidence. Defendant's motion having been briefed and otherwise being fully advised,

    It is therefore ORDERED AND ADJUGED that the Motion is GRANTED. The government will provide the following *Brady* evidence to Defendant Schieferle by [date].

    DONE AND ORDERED in Miami, Florida this_____day of_____, 2022.

_____
KATHLEEN M. WILLIAMS
United States District Judge

cc:    all counsel of record