IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 22-CR-20083-KMW

UNITED STATES OF AMERICA

v.

DAVID SCHIEFERLE,

    Defendant.

### DEFENDANT'S MOTION IN LIMINE
(Expert Witnesses)

Defendant DAVID SCHIEFERLE, through counsel, files this Motion in Limine regarding expert witness testimony. As grounds, Defendant states:

### MEMORANDUM

The government will present a Firearms Enforcement Officer with ATF, James Barlow, who will testify that the firearm silencers he examined in this case are in fact devices for silencing, muffling, or diminishing the report of a portable firearm, that is, a "firearm silencer," as defined in 18 U.S.C. § 921(a)(25). Moreover, being a "firearm silencer," the firearm silencers are also "firearms" as defined in the Gun Control Act ("GCA"), 18 U.S.C. § 921(a)(3)(C) and the National Firearms Act ("NFA"), including 26 U.S.C. 5861(d) and 26 U.S.C. 5845(a)(7). FEO Barlow will testify that the firearm silencers examined bear none of the marks of identification required by the NFA, such as a serial number. See 26 U.S.C. § 5842. *See* [ECF No. 55].

Defendant objects and moves in limine to FEO Barlow concluding that Exhibits that he examined violate certain federal statutes. Connecting an expert opinion with a violation of a statute is an inadmissible legal opinion. "[A]n expert may opine on an issue of fact within the

jury's province, he may not give testimony stating ultimate legal conclusions based on those facts." *Plantation Pipeline Co. v. Cont'l Cas. Co.*, 1:0-CV-2811-WBH, 2008 WL 4737163, at *7 (N.D. Ga. July 31, 2008), *clarified on denial of reconsideration,* 1:03-CV-2811-WBH, 2008 WL 11336246 (N.D. Ga. Nov. 18, 2008) (quoting *Specht v. Jensen.* 853 F.2d 805, 807-10 (10th Cir.1988)). Expert testimony that amounts to an opinion on the law is not admissible. *Katzin v. United States*, 120 Fed. Cl. 199, 211 (2015) (citations omitted). Each courtroom has a judge who is the legal expert and it is her province to instruct the jury on the relevant legal standards. *Id.* (citing *Burkhart v. Washington Metro. Area Transit Auth.,* 112 F.3d 1207, 1213 (D.C.Cir.1997)). An expert opinion, in addition jury instructions about the law, is repetitive or worse, confusing. *Id.*

No expert witness should be able to opine that this item violates a particular statute. The expert witness disclosure revealing "as defined by" a particular statute, is the objectionable part of the opinion. The Court should issue an order in limine precluding the witness from testifying that the expert has evaluated the items (exhibits) and certain statutes, and these items violate or are "as defined by" that statute.

## **CONCLUSION**

This Court should Order the government and its witnesses from offering a legal opinion that certain exhibits violate the law.

                Respectfully submitted,
                BUSCHEL GIBBONS, P.A.
                501 E. Las Olas Blvd., Third Floor
                Tel:  (954) 530-5301
                Email: Buschel@BGlaw-pa.com

             By: __/s/ Robert C. Buschel_____
                    ROBERT C. BUSCHEL
                    Florida Bar No. 0063436

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

               BUSCHEL GIBBONS, P.A.

               BY: /s/ Robert Buschel
               ROBERT C. BUSCHEL