UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20083-WILLIAMS

UNITED STATES OF AMERICA

vs.

DAVID SCHIEFERLE,

    Defendant.
_____/

## VERDICT FORM

1. We, the Jury, unanimously find the Defendant, **DAVID SCHIEFERLE**, as to **Count 1** of the Indictment:

    NOT GUILTY _____    GUILTY __✓__

2. We, the Jury, unanimously find the Defendant, **DAVID SCHIEFERLE**, as to **Count 2** of the Indictment:

    NOT GUILTY _____    GUILTY __✓__

3. We, the Jury, unanimously find the Defendant, **DAVID SCHIEFERLE**, as to **Count 3** of the Indictment:

    NOT GUILTY _____    GUILTY __✓__

**SO SAY WE ALL**

Signed and dated at the United States Courthouse, Miami, Florida, December __8__, 2022.

_____    _____
Foreperson's Signature                                 Foreperson's Printed Name