<pre>
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                        CASE NUMBER 22-CR-20083
 3
     UNITED STATES OF AMERICA
 4

 5        vs.

 6   DAVID SCHIEFERLE,

 7             Defendant

 8   ─────────────────────────────────────────────────────

                   TRIAL PROCEEDINGS HELD 12-7-22
 9        BEFORE THE HONORABLE KATHLEEN M.  WILLIAMS
              UNITED STATES DISTRICT COURT JUDGE
10   ─────────────────────────────────────────────────────

11   APPEARANCES:

12   FOR THE UNITED STATES:     Stephen Demanovich,  A.U.S.A.
                                Arielle Klepach,  A.U.S.A.
13                              99 N.E. 4th Street
                                Miami, FL   33132
14

15   FOR THE DEFENDANT:         Robert Buschel,  ESQ.
                                501 East Las Olas Boulevard
16                              Fort Lauderdale, FL 33301

17   REPORTED BY:               PATRICIA SANDERS, RPR
                                United States Court Reporter
18                              400 North Miami Avenue, Suite 11-3
                                Miami, FL   33128
19                              T: 305.523.5528
                                patricia_sanders@flsd.uscourts.gov.
20

21

22

23

24

25
</pre>

**I N D E X**

|              | **DIRECT** | **CROSS** | **REDIRECT** |
|--------------|------------|-----------|--------------|
| **Wayne Moser** | **3** | **48** | **58** |

09:11

09:11  1       MR. DEMANOVICH:  Your Honor, the United States calls

09:11  2  Wayne Moser.

09:11  3       THE COURT:  All right.

10:07  4                    WITNESS SWORN

10:07  5  Q.  Good morning, sir.

10:07  6  A.  Good morning.

10:07  7  Q.  If you would state your name for the jury.

10:07  8  A.  My name is Wayne Moser.

11:22  9  Q.  And for purposes of the record what is your title.

11:22  10  A.  I am a firearms enforcement officer.

11:22  11  Q.  Officer Moser, where do you work?

10:11  12  A.  I work in Martinsburg, West Virginia for the Bureau of

11:22  13  Alcohol, Tobacco, Firearms and Explosives.

11:22  14  Q.  How long have you worked there?

11:22  15  A.  Since October of 2020.

11:23  16  Q.  What do you do there?  What is your assignment?0

11:23  17  A.  I work as a firearms enforcement officer where my duties

10:31  18  and responsibilities are to examine and classify and make

11:23  19  determinations on firearms and ammunition under the purview of

11:23  20  the Gun Control Act of 1968 and the National Firearms Act of

11:23  21  1934.

11:23  22  Q.  All right. And does that require you to be familiar with

11:23  23  those statutes?

11:23  24  A.  It does.

11:23  25

11:23  1   Q.  If you could go through your background a bit more. Did you

11:23  2   have any specialized training or qualifications in order to get

10:47  3   your job as a firearms enforcement officer?

11:23  4   A.  Yes. So I have about ten and a half years or so with the

11:23  5   United States Marine Corps where I was tasked as an armorer and

11:23  6   gunsmith; so I worked on firearms and also built firearms.

11:12  7       I was responsible for maintaining and accounting for any

11:12  8   firearms that were carried or used to include machine guns, as

11:12  9   well as rifles, pistols, firearm silencers, sniper rifles...

11:12  10          THE COURT REPORTER: Judge...

10:50  11          THE COURT:  Officer, you are going to have to slow

11:07  12   down and speak into the microphone so that my court reporter --

11:07  13   and equally as important -- and the members of the jury are

11:08  14   able to understand what it is you are saying.

11:09  15          THE WITNESS:  My apologies.

11:24  16   Q.  If you would continue with your experience.

11:24  17   A.  So after I ended my tactical service I became a firearms

11:24  18   instructor for SOCOM.

11:24  19   Q.  What is SOCOM?

11:24  20   A.  Special Operations Command.

11:24  21   Q.  What did you do there at SOCOM?

11:24  22   A.  I was an instructor and maintainer of the firearms used by

11:27  23   the Special Operations Community to include mini guns, rocket

11:27  24   launchers, sniper rifles, silencers that were affixed to them

11:27  25   as well as the....

11:29  1        THE COURT REPORTER: Please slow down.

11:29  2          THE COURT:  Officer, you are going to have to take a

11:29  3   breath every few sentences. My court reporter has to be able to

11:25  4   process and take down what you are saying.

11:25  5   Q.   Let's continue on.

11:25  6   A.   Sure.

11:25  7   Q.   Have you done any tours of any firearms facilities to see

11:30  8   how they are made and how they are constructed?

11:30  9   A.   Yes, I have. I have toured the precision weapons section in

11:30  10  Quantico where I was a student for about two years. I have also

11:25  11  toured the Dillon Arrow Facility which is where they make the

11:25  12  mini guns. I also toured ammunition facilities....

11:26  13       (UNINTELLIGIBLE FOR THE RECORD)

11:26  14  Q.   All right. After receiving the training, as well as your

11:26  15  experience in handling firearms and dealing with firearms, how

11:26  16  many firearms would you say you have examined as a firearms

11:26  17  officer with the ATF?

11:26  18  A.   To include firearms and firearm silencers I would say well

11:26  19  over a hundred.

11:26  20  Q.   And is this incident to your duties with the ATF?

11:27  21  A.   Yes.

11:27  22  Q.   What types of firearm do you come across or what kind of

11:27  23  guns are you looking at normally?

11:27  24  A.   So, the things we see the most are machine gun conversion

11:27  25  devices and firearm silencers.

11:27  1    Q.   Let's talk a little about firearm silencers.

11:27  2    A.   All right.

11:27  3    Q.   Have you had any type of specialized training in the area

11:27  4    of firearm silencers?

11:27  5    A.   Yes, I have. I attended a course with a Dr. Phil Gator in

11:27  6    Boise, Idaho who was the founder of a company called Gem Tech.

11:27  7    Q.   Okay.

11:27  8    A.   Gem Tech makes firearm silencers.  And so his course was

11:27  9    called The Principles of Firearm Silencers.

11:27  10   Q.   How many hours was that?

11:27  11   A.   That course was roughly 5 to 7 hour days where we learned

11:27  12   about the history of firearm silencers, the designs, different

11:27  13   designs, improvised firearm silencers and characteristics that

11:27  14   make up a firearm silencer.

11:28  15   Q.   Did that course also include any -- or have an additional

11:28  16   hands on training or methodology?

11:28  17   A.   The methodology was all via power point presentation and

11:28  18   handouts that we would look at. On the last day we had a range

11:28  19   day where we handled the legacy or historical firearm silencers

11:28  20   that Dr. Phil Gator had made and we fired them on some of his

11:28  21   personally owned firearms.

11:28  22   Q.   All right. Let's continue on.  How often would you say you

11:28  23   encounter those in your day-to-day duties?

11:28  24   A.   It would be safe to say every day.

11:29  25   Q.   And would that include testing of them as well?

11:29   1   A.   Yes.

11:29   2   Q.   And what are the things you are looking for to classify

11:29   3   something as a firearm silencer?

11:29   4   A.   What we look at is what are the objectives of the design

11:29   5   features.   Does it have the characteristics that encompass a

11:29   6   firearm silencer...

11:29   7   Q.   Slowly if you would.

11:29   8   A.   Yes.

11:29   9   Q.   Please continue.

11:29   10  A.   So, as to the characteristics it would be as follows:

05:28   11  First, is there an outer tube, does it have the caps on the

05:28   12  end -- the end-caps that house everything in the middle -- and

05:28   13  does it have something in the middle that helps in reducing the

05:28   14  sound of a firearm when shot.

11:29   15  Q.   The silencers -- do they have any other names?

11:30   16  A.   Suppressors, mufflers, cans.

11:30   17  Q.   Before we go into detail, what is the technical definition

05:30   18  of what a silencer does?

11:30   19  A.   The technical definition of a firearm silencer is any

        20  device for silencing, muffling or diminishing the report or the

        21  sound of a portable firearm.

        22      That would include any of the parts or combination of parts

        23  for assembling a firearm silencer or any part for the use of

        24  assembling a firearm silencer.

11:30   25

11:30  1      MR. DEMANOVICH: The Government at this time would

05:46  2  tender Officer Moser as an expert in firearm identification,

05:46  3  the features characteristics and functionality of silencers

11:31  4      THE COURT:  Mr. Buschel.

11:31  5      MR. BUSCHEL:  No objection.

11:31  6      THE COURT:  You may continue, Mr. Demanovich.

11:31  7      MR. DEMANOVICH: Thank you, Your Honor.

11:31  8  Q.  All right. Now that we have the definition of a silencer

11:31  9  let me ask you this, Officer Moser, could there be a case where

11:31  10  a firearm silencer is not a hundred percent fabricated and yet

11:31  11  still be classified as a silencer?

11:31  12  A.  Correct.

11:31  13  Q.  All right. So let's get to it.

11:31  14      First, could you describe what we are looking at here?

11:31  15  A.  Well, first, in cases where a firearm silencer has reached

11:31  16  a stage of completion and where it can be easily identified as

11:31  17  a firearm silencer by its objective design features...

18      THE COURT: Officer, if you would please keep your

19  voice up and speak right into the microphone.

20      THE WITNESS:  Is that good?

21      THE COURT:  Very.

22  Q.  Now I want to discuss a little bit of the language you have

10:27  23  used. You said a firearm silencer diminishes the report of a

10:27  24  portable firearm.  So what does that mean just in general

10:27  25  terms?

10:27 1   A.  Well probably the easiest way to say it or describe it is

10:28 2   that it makes it quieter.

11:33 3   Q.  And so what causes the report or what makes that sound?

11:33 4   A.  If you fire a firearm it is very loud. The way it works is

11:33 5   you have the gases that escape out of the barrel of the firearm

11:33 6   and then once they hit the atmosphere it is much like a loud

11:33 7   explosion.

11:33 8       And so the silencer's purpose then is to redirect the gas

11:33 9   within the body of the silencer therefore slowing cooling and

11:23 10  expanding those gases thus allowing them to exit the end of the

11:23 11  device.

11:34 12  Q.  We are talking about a lot of science here so I thought it

11:34 13  might be useful for the members of the jury to have a visual

11:34 14  picture of what you are describing.

11:34 15      MR. DEMANOVICH:  Permission to approach.

11:35 16      THE COURT:  Yes.

11:35 17  Q.  Showing you what has been marked for identification as

11:34 18  Government's Exhibit 41. Can you describe for us, Officer

11:35 19  Moser, what Government's Exhibit 41 is?

11:35 20  A.  May I hold it up?

11:35 21  Q.  No -- you have to look at it first -- and then if it is

11:35 22  admitted we can publish it for the jury.

11:35 23  A.  So we are looking at what is considered the cut-away of the

11:35 24  design of a firearm silencer.

11:35 25  Q.  What does that mean cut-away?

11:35  1   A.  So cut-away means -- say you have an entire device -- it is

11:35  2   cut down the middle so that you can look at the internal pieces

11:35  3   as it would have been as it was installed...

11:36  4       (INAUDIBLE FOR THE RECORD)

11:36  5   Q.  Does that exhibit, that cut-away, demonstrate the inside of

11:36  6   an example of a silencer?

11:36  7   A.  It does.

11:36  8           MR. DEMANOVICH:  Government would move to admit into

11:36  9   evidence Exhibit 41.

11:36  10          MR. BUSCHEL:  No objection.

11:36  11          THE COURT:  It will be admitted.

11:36  12  Q.  All right. Now if you can walk us through what it is we are

11:36  13  seeing using Government's Exhibit 41 as an example.

11:37  14  A.  Yes.  Here on our left we have the blue box, which is the

11:37  15  expansion chamber -- so where the gases would explode into

11:37  16  initially.

11:37  17  Q.  Why is that chamber important?

11:37  18  A.  That chamber is important because that is the main function

11:31  19  of the silencer to let the gases expand, cool and redirect as

11:31  20  the projectile is passing through the center.

11:37  21  Q.  All right. Now I see a larger rectangle to the right of --

11:33  22  there are a series of arrows and smaller chambers, correct?

11:33  23  A.  Yes.

11:37  24  Q.  Can you explain to the members of the jury what they are

11:37  25  seeing here?

11:37 1    A.   Sure. Every area where there are these black arrows going

11:37 2    out from the center line those would be the smaller expansion

11:37 3    chambers that are basically formed from what is called the

11:38 4    baffle.

11:38 5         So a baffle is a series of partitions that separate the

11:38 6    inside of a firearm silencer to allow more gas to expand

11:35 7    outward as the bullet is going down the center of the device.

11:35 8         And once it reaches the end that is where the projectile

11:35 9    would then exit, and the remaining slower gas escapes therefore

11:38 10   making it quieter.

11:38 11   Q.   Can you circle where the blast chamber is.

11:38 12   A.   Can I use my finger?

11:38 13   Q.   Yes, you can use your finger to write on it and circle it

11:39 14   as well.

11:39 15   A.   So that would be the blast chamber.

11:39 16   Q.   And that is where the bullet -- or the blast initially

11:39 17   happens?

11:39 18   A.   Correct.

11:39 19   Q.   Let me ask you for benefit of the jury -- because you have

11:40 20   used the term projectile -- what is a projectile?

11:40 21   A.   A projectile is a bullet. That is the technical term that

11:39 22   we use, but it is a bullet.

11:39 23   Q.   Very good. Now I want to ask you about -- well, first, what

11:39 24   is the purpose of having all of those chambers?

11:40 25

11:40  1   A.  So, the more chambers you have as the bullet is passing

11:40  2   through the slower the gas will escape out of the end of the

11:40  3   device.

11:40  4   Q.  Is that in a nutshell basically the physics of what happens

11:40  5   when you fire a bullet through a silencer?

11:40  6   A.  That is correct. That is basically the terminology and the

11:40  7   physics.

11:40  8   Q.  All right. We have discussed the physics and how all of

11:40  9   this works so I would like to focus a little on the component

11:40  10  parts if we could.

11:40  11  A.  Yes.

11:42  12  Q.  Showing you what is a demonstrative -- and this is numbered

11:42  13  as 46 -- what is this?

11:42  14  A.  This would be an old patent for a firearm silencer dated

11:43  15  March 12, 1918.

11:43  16  Q.  What type of firearm is being demonstrated here?

11:43  17  A.  Shoulder fired rifle most likely.

11:43  18  Q.  Since this is obviously a patent from 1918 -- would it be

11:43  19  correct that silencers have been around a pretty long time?

11:43  20  A.  They have been around a very long time.

11:43  21  Q.  Can you show us on this diagram where the hollow outer tube

11:43  22  is?

11:43  23  A.  Yes.  So on the top we can see this area here shows the

11:46  24  device in its entirety and the outer tube -- and in figure two

11:43  25  just below would be the outer tube of the firearm silencer.

11:43  1   Q.   Now I think you had mentioned another component part, which

11:43  2   you referred to as an end-cap.

11:43  3   A.   Yes.

11:43  4   Q.   Can you point out where the end-cap or end-caps are?

11:43  5   A.   The end-caps are generally on the ends -- you would have

11:43  6   the front and the rear -- and the rear would be what attaches

11:44  7   it to the firearm.

11:44  8   Q.   What do the end-caps do?

11:44  9   A.   Basically holds everything in place.

11:44  10  Q.   Okay.

11:44  11  A.   There are internal pieces in a firearm silencer.  And so to

11:44  12  prevent excess gas from escaping either rear-ward or front-ward

11:44  13  instead of through the actual center hole of the device.

11:44  14  Q.   And it looks like there are two end-caps.  So which one

11:44  15  would screw to which end?

11:44  16  A.   This one screws to the firearm end.

11:44  17  Q.   And where is the other end-cap -- where would that go?

11:44  18  A.   The other end-cap would be in the front.

11:44  19  Q.   And just to make it simple -- at least for me -- one end

11:44  20  screws to the barrel of the gun, correct?

11:44  21  A.   Yes.

11:44  22  Q.   And so which is which -- the front or the rear?

11:44  23  A.   So the barrel of the gun is -- the front of the gun is

11:44  24  attaching to the rear of the firearm silencer.

11:45  25  Q.   So which one would be at the end?

11:45  1   A.   The front one is the forward end of the device or the end

11:45  2   that the projectile would exit from.

11:45  3   Q.   So that is where the bullet comes out?

11:45  4   A.   That is correct; that is where the bullet comes out.

11:45  5   Q.   All right. Let's look next at figures three, four and five.

11:45  6   What are those things that look sort of like ants right there?

11:45  7   A.   So, those are a cone type design baffle.

11:45  8   Q.   And so what would that do?

11:45  9   A.   Well the way it works is -- a baffle basically would create

11:45  10  a smaller expansion chamber allowing more gas to be dispersed

11:59  11  and cooled and slowed prior to exiting a firearm silencer.

12:00  12      So, baffles help to silence a firearm silencer more.

12:00  13  Q.   So then you could have a firearm silencer without these

12:00  14  baffles?

12:00  15  A.   It is possible, yes. There are times they are made without

12:00  16  baffles, but they are not very good at achieving the purpose.

11:47  17          MR. DEMANOVICH:  Your Honor, we do have another

11:47  18  demonstrative if we could -- this is a stipulated demonstrative

11:47  19  exhibit -- which is 47.

11:47  20          THE COURT:  Again, ladies and gentlemen, this is

12:03  21  merely an aid to help you to follow along with the testimony as

12:03  22  it is being given, but it will not be admitted as an exhibit or

12:03  23  as evidence in the case.

12:03  24          You may proceed, Mr. Demanovich.

12:03  25          MR. DEMANOVICH: Thank you, Your Honor.

Q.  If you would tell us first what the jury is looking at right here.

A.  This is a United States patent from July 21 of 2015.

Q.  Okay.  And what is this?

A.  This is a monolithic baffle

Q.  What does that mean to be a monolithic baffle?

A.  It is basically the simplest of designs that you can make for this purpose.  So then a monolithic baffle is simply a one piece baffle.

Q.  I see another piece right above -- what is this?

A.  This would be the outer tube that goes over-top the one piece baffle design.

Q.  So then this piece at the bottom fits into this tube at the top?

A.  Correct.

Q.  And is this just like the cones we just talked about?

A.  Yes; just a more simplistic design.

Q.  Is there any advantage to having a one piece versus the little cones in the other one?

A.  The advantage is it is easier to keep track of the pieces. So if you take it apart it is easier just in terms of keeping track of the pieces and not losing them.

    And, two, it is easier to clean.

    And then, third, it is just a more simplistic design that functions just as well as the one with multiple components.

11:50  1    Q.   Whether you have the cone type or the Monocore type -- it

11:50  2    accomplishes the same purpose within the firearm silencer?

11:50  3    A.   That is correct.

11:51  4    Q.   So now that we have gone through the components of the

11:51  5    silencer let's apply what we have talked about to the evidence

11:51  6    that has been introduced in this case.

11:51  7    A.   All right.

11:51  8    Q.   I will show you now Government's Exhibit Number 1. And this

11:52  9    consists of a series of subparts.

11:52  10        Were you able to examine what were determined to be firearm

11:52  11   silencers within that exhibit?

11:52  12   A.   Yes, I was.

11:52  13   Q.   And how many silencers did you examine as a part of that

11:52  14   exhibit?

11:52  15   A.   As a whole as they were received?

11:52  16   Q.   As received from Government's Exhibit Number 1, how many

11:53  17   firearm silencers were in there?

11:53  18   A.   I believe there were ten total.

11:53  19   Q.   And that was stemming from a shipment from December first

11:53  20   of 2020?

11:53  21   A.   Correct.

11:53  22   Q.   Did you have an opportunity to examine the ten items you

11:53  23   determined to be firearm silencers in that exhibit?

11:53  24   A.   Yes.  I physically examined the ten items in that exhibit.

11:53  25   Q.   Did you make a conclusion as to each of those items?

11:53  1  A.   I did, yes.

11:53  2  Q.   And were they classified as firearm silencers?

11:53  3  A.   They were classified as firearm silencers, yes.

11:53  4  Q.   If you would please take out those firearm silencers that

11:53  5  you examined

11:53  6  A.   I will need just a moment.

11:53  7  Q.   Take your time.

11:55  8  A.   Thank you.

11:55  9  Q.   If you would from left to right.

11:55  10  A.   All right. From left to right we have Exhibits 1 A, B, C,

11:55  11  D, E, F, G and H; and we also have Exhibits I and J.

11:55  12  Q.   And which exhibit do you have out right there?

11:55  13  A.   1 A.

11:56  14  Q.   Can you identify 1 A and explain why you in your expert

11:56  15  opinion classified it as a silencer?

11:56  16  A.   All right. As we are going from left to right left will be

11:56  17  the side of the firearm it attaches to and right will be the

11:56  18  side of where the front is and where the bullet would exit.

11:56  19       As we see here we have an outer tube. I will remove the

11:57  20  rear end-cap, which unscrews.  So, if we look down the center

11:57  21  here there is a center hole, and that hole is threaded as you

11:57  22  can see right here.

11:57  23  Q.   Now you talked about a hole being threaded.

11:57  24  A.   Yes.

11:57  25

Q.   I want to ask you about a term -- what is known as thread

pitch -- when we talk about thread pitch what is that?

A.   Basically thread pitch or thread per inch is a term used

for threading something that would screw on to something.

Q.   Would that be consistent with the ability to attach to

certain firearms?

A.   That is correct.

Q.   What is the next component we are looking at?

A.   So, I have taken out a series of baffles and put them there

on the table.

Q.   Very good.

A.   Here we have seven cone type baffles -- they are called

cone type because the shape is like a cone. In the center of

each of the cone type baffles is a divet or a center indexing

mark.

     Generally marks are used to assist in drilling to make sure

that when you drill a hole you do not skirt off to one side. So

it makes it easier to make it centered.

Q.   Is it important for the hole if you are drilling it for it

to be in the center?

A.   It is very important.  Because if the hole that the firearm

silencer passes -- when the bullet passes through if it is not

centered you could potentially, as the bullet is traveling down

the center, strike one of the internal components causing that

bullet to either exit the device itself and go in any direction

11:59  1  it chooses at that point. Which could then cause catastrophic

11:59  2  damage to the device itself.

11:59  3  Q.  You said based on your analysis there is like a divet or a

11:59  4  pilot hole?

11:59  5  A.  Yes, it is difficult to see but it is centered on the

11:59  6  actual cones.

11:59  7        MR. DEMANOVICH:  Permission to publish one of the

11:59  8  baffles to the jury.

12:00  9        THE COURT:  Okay.

12:00  10  Q.  Based on your training and experience would there be any

03:10  11  other reason for those pilot holes to be there other than to

03:10  12  mark where a drill should pass?

03:10  13  A.  Not in my opinion.

12:00  14  Q.  And these are the cone type that we saw on the diagram we

12:00  15  previously looked at?

12:00  16  A.  Correct.

12:00  17  Q.  And what additional components did this have that made you

12:00  18  conclude that this was a firearm silencer?

12:00  19  A.  Also located within the device is what we refer to as a

03:12  20  spacer or a blast chamber.  It is an open tube which would act

12:01  21  as the initial expansion chamber.

03:13  22     When the bullet exits the barrel the gasses would come into

03:13  23  this chamber, expand out and then neck down to the baffles

12:01  24  being passed around.

12:01  25

12:01  1   Q.  All right. Any other features or characteristics that made

12:01  2   you conclude this is a firearm silencer?

12:01  3   A.  Going from the left to the right there is a front end-cap,

12:01  4   which also centered on the front end-cap, and which you can see

03:15  5   pretty clearly here -- there is a centered indexing mark for

12:01  6   assisting in drilling.

12:01  7   Q.  And is that like a pilot hole or a drill a hole?

12:01  8   A.  That is basically a good starting point to insure that a

12:02  9   center hole is drilled.

12:02  10  Q.  Based on your training and experience is there any other

12:02  11  reason for that center hole to be there other than to fabricate

12:02  12  a firearm silencer?

12:02  13  A.  None.

12:02  14  Q.  And now for the final component.  What are we looking at

03:17  15  here?

12:02  16  A.  That is the outer tube -- which is basically what houses

12:02  17  all of the internal components of the firearm silencer.  And on

12:02  18  each end it is threaded to match your front and rear end-cap

12:02  19  for affixing tightly the internal component that makes up the

12:02  20  firearm silencer.

12:03  21  Q.  And those are the components of the firearm silencer?

12:03  22  A.  That is correct.

12:03  23  Q.  I notice you have the additional exhibits. With regard to

12:03  24  those additional exhibits are they the same types of silencers

12:03  25  in the additional exhibits you described for us?

12:03  1   A.   The exhibits laid out on this table from 1 A through 1 H

12:03  2   would be near identical to the exhibit in front of me now.

12:03  3   Q.   All right. And for those are they also -- are they all the

12:03  4   same kind that you just described for the jury?

12:04  5   A.   Yes, they are.

12:04  6   Q.   So your explanation for this silencer would be the same for

12:04  7   the remaining seven silencers?

12:04  8   A.   Yes.

12:04  9   Q.   Now was there an additional type silencer that you examined

12:04  10  as a part of this case or for this case?

12:04  11  A.   There was.

12:04  12  Q.   Is that what is in evidence now as Government's Exhibit I

12:04  13  and Government's J?

12:04  14  A.   That is correct.

12:04  15  Q.   And you did an analysis of both I and J?

12:04  16  A.   I did.

12:04  17  Q.   And what was your conclusion as to I and J following your

12:04  18  analysis?

12:04  19  A.   They were classified as firearm silencers as well.

12:05  20  Q.   If we could take a look at 1 I.  What is the jury looking

12:05  21  at here?

12:05  22  A.   One of the firearm silencers I classified.

12:05  23  Q.   This looks a little bigger.  Is it a little larger than the

12:06  24  other eight that you examined?

12:06  25  A.   Yes.

03:33  1   Q.  Is there any advantage to having a larger device?

12:06  2   A.  Generally the larger the device the more capable it is to

12:06  3   make a gun quieter.

12:06  4   Q.  Let's break down Government's Exhibit 1 I. If you would

12:06  5   describe for the jury what component parts gave you the opinion

12:06  6   that -- or made you conclude it was a firearm silencer?

12:06  7   A.  So, from the outside I did a simple check of holding it up

12:06  8   to the light and looking straight through and so I could see

12:06  9   through the device.

12:06  10  Q.  All right. And so was this a functional silencer?

03:37  11  A.  That is correct, yes.

12:06  12  Q.  Was there a test done on that as well?

12:06  13  A.  Yes.

12:06  14  Q.  If you could break it down to the component parts?

12:06  15  A.  Yes. There is a blue hose of some sort and a solid cap that

12:07  16  had inside of it a centering mark for drilling.  Then we have

12:07  17  the device as a whole itself.

12:07  18      And then left of the camera being the firearm and the right

12:07  19  being the end at which the bullet exits.

12:07  20  Q.  Okay.

12:07  21  A.  If I were to remove the piece here it would be the front

12:07  22  end-cap.  Notice it has a hollow hole through it.  And then if

12:07  23  I slide the one piece baffle design away from the tube I can

12:07  24  see the rear end-cap is threaded down the middle.

12:07  25

12:07  1    And also that it has the blast chamber here as well as the

12:07  2    multiple baffles with expansion and blast chambers throughout

12:07  3    the entire device and also another blast chamber at the forward

12:08  4    end before the area where the center hole is made for the

12:08  5    bullet to exit.

03:52  6    Q.   This would be an example of a monolithic style baffle?

03:52  7    A.   That is correct.

12:08  8    Q.   Now, could you take this silencer out of the box and use it

12:08  9    without any type of modification?

12:09  10   A.   That is correct; no drilling or modification was required.

12:09  11   Q.   And you said that this was tested.

12:10  12        Did you personally do this test yourself?

12:10  13   A.   I did.

12:10  14   Q.   And how was that done?

12:10  15   A.   We have a calibrated microphone with a computer system. And

12:10  16   so we would set up the computer for the test we were going to

12:10  17   be doing and we would take the firearm we would be using and we

12:10  18   would then fire five shots individually or one at a time.

12:10  19        That would give us a baseline decibel for sound reading.

03:55  20   And the computer would inform us of the steps that we needed to

03:55  21   take to install the firearm silencer onto the firearm.

12:10  22        We would then fire five more shots individually.  And what

12:10  23   the computer is doing at that point post calibration is -- it

12:11  24   takes the average from the initial sound level to the silence

03:57  25   for the silencer's capability of reducing the sound level

03:57  1  without or with, and it averages it out to how many decibels or

12:11  2  noise was reduced by using this firearm silencer.

12:11  3  Q.   And so did it reduce the sound of the firearm?

12:11  4  A.   Yes, it did, by over 17 decibels.

12:11  5  Q.   What does that mean?

12:11  6  A.   The significance of that would be -- for example, if I were

04:00  7  to fire that firearm without hearing protection it would hurt

04:00  8  my ears. And with this firearm silencer installed I could take

12:11  9  my hearing protection off and I could fire without that hearing

04:00  10  protection with no fear of hurting my ears.

12:11  11  Q.   In order to classify as a firearm silencer does it have to

12:12  12  reduce the sound of the gun?

12:12  13  A.   It does not. We do it more just to show that it is not only

12:12  14  a firearm silencer as received but it also reduces the sound of

12:12  15  the firearm as basically to assist us in our explanation of

12:12  16  what this is.

12:12  17  Q.   All right. Were you able to review some of the photographs

12:13  18  from the search warrant of the defendant's house as a part of

12:13  19  your analysis?

12:13  20  A.   Yes, I was

12:13  21  Q.   Showing you Government's Exhibit 6 C -- and it is Bate's

12:13  22  Stamp number 162 -- do you recognize this photo?

12:14  23  A.   Yes, I do.

12:14  24  Q.   All right. Now we just spoke about the threading of the

04:07  25  firearm silencers.

04:07   1   A.   Yes.

04:08   2   Q.   Would the threading fit any of the firearms laid out here

04:08   3   in Government's 6 C?

04:08   4   A.   Yes, they would. And if you like I could highlight them.

04:08   5   Q.   Thank you.

04:08   6   A.   You're welcome.

04:08   7   Q.   All right. If you could describe for the jury what you just

12:15   8   highlighted.

12:15   9   A.   What I just highlighted in Exhibit 6 C were AR or automatic

12:15   10  rifle type firearms. They are normally threaded in a half 28 or

12:15   11  five eighths twenty four depending on their calibers.

12:15   12  Q.   So 1 A through 1 J would they be able to screw onto the

12:15   13  firearms you have identified there?

12:16   14  A.   Yes.

12:16   15  Q.   Would they require any kind of modification to screw onto

12:16   16  the gun and function as firearm silencer?

12:16   17  A.   So as to 1 I this is the five eighths twenty four so an

12:16   18  adapter would be needed to step down the half 28 but would

12:16   19  still function as a firearm silencer.

12:16   20      One J is already threaded in a half 28 for a standard AR

12:16   21  type firearm -- which is threaded in half 28 on the muzzle end.

12:17   22  Q.   Does that type of threading pitch to your knowledge match

12:17   23  any other device -- for example a fuel filter?

12:17   24  A.   It does not.

12:17   25

12:17  1   Q.  As to the two type of threading pitches you described --

04:13  2   let me ask you this, during the course of your training and

04:13  3   experience have you come across a fuel filter that would have

04:13  4   the same type of thread pitching that those silencers did?

04:13  5   A.  Not factory made, no.

12:18  6   Q.  And did you have occasion to examine additional items you

12:18  7   identified as firearm silencers as a part of this case?

12:18  8   A.  Yes, I did.

12:18  9          THE COURT:  This seems like a natural breaking point,

12:18  10  so I think this is a good time for a lunch break.

12:18  11         It has been a rather long morning so I will give you

12:18  12  an extra ten minutes so for lunch. I will ask you to be back

12:18  13  here at 1:30. Have a good lunch and I will see you back then.

12:18  14         COURT SECURITY OFFICER:  All rise, please.

12:19  15                    JURY EXCUSED

12:19  16         THE COURT:  If you would wait a few minutes for the

12:19  17  jury to clear the floor and I will see you back at 1:30.

12:19  18                 LUNCH RECESS TAKEN

01:44  19         THE COURT:  Bring in the jury, please.

01:44  20         COURT SECURITY OFFICER:  All rise, please.

01:45  21         THE COURT:  Everyone may be seated.

01:45  22         You may continue, Mr. Demanovich.

01:45  23         MR. DEMANOVICH:  Thank you, Your Honor.

01:45  24  Q.  We were looking at Government's 1. Of those exhibits -- you

01:45  25  examined them and identified Exhibits 1 A and J as firearm

01:45  1    silencers for the reason you explained to the members of the

01:45  2    jury; is that correct?

01:45  3    A.   That is correct.

01:46  4    Q.   Were there any additional items that were packaged along

01:46  5    with those silencers in Government's Exhibit 1?

01:46  6    A.   We saw in Exhibits 1 I and J the blue hose and the soft cap

01:46  7    with the center marked for drilling.

01:47  8    Q.   Showing you what is in evidence as Government's Exhibit 2.

01:48  9    With regard to that particular package did you have a chance to

01:48  10   examine its contents?

01:48  11   A.   Yes, and they were classified as firearm silencers also.

01:49  12   Q.   If you could take out 2 A & B. What is 2 A?

01:49  13   A.   2 A is on the left -- we will consider the left side as the

01:49  14   firearm side and right side as the exit side.

01:49  15   Q.   And without going through the component parts again we will

01:49  16   refer to your previous testimony. If you could tell us the type

01:49  17   of silencer that is.

01:49  18   A.   After removing the rear end-cap we have the space for the

01:50  19   blast chamber -- we have a multiple stack.

01:50  20   Q.   Is that the cone style baffle?

01:50  21   A.   Yes.

01:50  22   Q.   And is your testimony the same regarding the component

01:50  23   parts and identification of that firearm silencer as was your

01:50  24   previous testimony as to Government's Exhibit 1?

01:50  25   A.   Yes.

01:50   1    Q.   Specifically with regard to the cone style silencer?

01:50   2    A.   Yes.

01:50   3    Q.   Do they have pre-drilled cones as well?

01:50   4    A.   Yes.

01:50   5    Q.   How about the end-cap does it have one of those as well?

01:50   6    A.   Yes, it does.

01:51   7    Q.   Based on your analysis would you conclude that to be a

01:51   8    firearm silencer?

01:51   9    A.   Yes.

01:51   10   Q.   And the second article Government's Exhibit 2 B, can you

01:51   11   tell us generally what are they looking at?

01:51   12   A.   This is a firearm silencer. It is near identical to

01:51   13   Exhibit 1.

01:51   14   Q.   That would be the first of cone style silencers from

01:51   15   Government's Exhibit 1?

01:51   16   A.   Yes.

01:51   17   Q.   And this is the smaller version?

01:51   18   A.   Yes.

01:52   19   Q.   Based on your training and experience you identified this

01:52   20   as a firearm silencer?

01:52   21   A.   Yes, I did.

01:52   22   Q.   And this is coming from Government's Exhibit 2 which is the

01:52   23   December 14th, 2020 package?

01:52   24   A.   That is correct.

01:52   25

01:52  1   Q.  And as to these two firearm silencers were there any serial

01:52  2   numbers or anything to indicate any type of registration?

01:52  3   A.  Not from any I examined.

01:53  4   Q.  Is the same true for Government's Exhibit 1?

01:53  5   A.  That is correct.

01:53  6   Q.  I going to now show you Government's Exhibit 9.

01:54  7   A.  Sure.

01:54  8       MR. DEMANOVICH:  Permission to approach.

01:54  9       THE COURT:  Yes.

01:54  10  Q.  Did you do an analysis of this silencer as well -- this is

01:54  11  Government's Exhibit 9, correct?

01:54  12  A.  Yes.

01:54  13  Q.  And what was your analysis after your examination of this

01:54  14  exhibit?  What did you conclude?

01:54  15  A.  It was determined to be a firearm silencer.

01:54  16  Q.  What type of firearm silencer was this?

01:54  17  A.  This would be a cone type firearm silencer.

01:54  18  Q.  And as pertains to the size what was the size?

01:55  19  A.  This would be a 10 inch by just over one had a half inch

01:55  20  firearm silencer.

01:55  21  Q.  Did the firearm silencer have any markings, serial numbers

01:55  22  or any other type of identification numbers to indicate its

01:55  23  registration?

01:55  24  A.  It did not.

01:55  25

01:55  1    Q.   Was that the total number of silencers you examined as it

01:55  2    pertained to Mr. Schieferle?

01:55  3    A.   That is correct.

01:55  4    Q.   Government's Exhibit 2 A & B and 9 if you could take a look

01:55  5    at those.

01:55  6    A.   Sure.

01:56  7    Q.   Did they have threading that would match firearms?

01:56  8    A.   Yes, they did -- there were two.

01:56  9    Q.   What were they?

01:56  10   A.   That was a half inch by 28, five eighths by 24.

01:57  11   Q.   Now, you were able to review what was on the defendant's

01:57  12   iPhone; is that correct?

01:57  13   A.   That is correct.

01:57  14   Q.   Showing you Government's Exhibit 26. That was taken from

01:58  15   the defendant's iPhone, correct?

01:58  16   A.   Yes.

01:58  17   Q.   And what is this?

01:58  18   A.   This is an order for two different types of firearm

01:58  19   silencers.

01:58  20   Q.   And this reads NAPA 4003 WIX?

01:58  21   A.   Yes.

01:58  22   Q.   All right. If you could tell the members of the jury what a

01:58  23   solvent trap is.

01:58  24   A.   A solvent trap is something that basically holds fluids.

01:58  25   Q.   All right. When would someone need a solvent trap?

01:58  1   A.  A solvent trap would be used where you are cleaning the

01:58  2   firearm and where you want something for the fluid -- for lack

01:58  3   of a better term -- to leak into. Generally it is not that much

01:59  4   fluid...

01:59  5            THE COURT:  Keep your voice up.  You were trailing off

01:59  6   at the end.

01:59  7            THE WITNESS:  Yes, ma'am.

01:59  8   Q.  So is it sort of like a container?

01:59  9   A.  That would be safe to say yes.

01:59 10   Q.  And there is a little picture next to it; what is that?

01:59 11   A.  Yes. If you look at the top and bottom photo they look

01:59 12   identical in design.  And they are of a one piece baffle design

01:59 13   or monolithic type.

01:59 14   Q.  Are those similar to what you testified to in Government's

01:59 15   Exhibit 1 I and J?

01:59 16   A.  Yes, they are.

01:59 17   Q.  Including the little hose pieces as well?

02:00 18   A.  Yes.

02:00 19   Q.  Is there anything that is significant to you -- you say you

02:00 20   see a silencer in the picture -- and the description indicates

02:00 21   that it is a solvent trap?

02:00 22   A.  The one on the left is consistent with the monocore design

02:00 23   or one piece baffle design. The description on the right states

02:00 24   it is a Napa 4003 or 2403 solvent trap.

02:01 25            However, the number...

02:01  1    Q.   Let me stop you there.

02:01  2    A.   Sure.

02:01  3    Q.   I want to sort of break this down for the members of the

02:01  4    jury. As to the one on the left, is there anything about that

02:01  5    that would indicate to you that it was a solvent trap?

02:01  6    A.   No.

02:01  7    Q.   Tell us why not.

02:01  8    A.   The design of a Monocore type baffle -- a one piece baffle

02:01  9    system -- there would be the presence of an outer tube and also

02:01  10   the presence of two types of caps.

02:01  11   Q.   So would that internal Monocore have any use in a solvent

02:01  12   trap?

02:01  13   A.   It would not. It would be pointless to have that.

02:01  14   Q.   When you say pointless why it would be pointless?

02:01  15   A.   It would serve no purpose for trapping a solvent. It would

02:02  16   get in the way -- you would not be able to hold as much if you

02:02  17   were attempting to fill it.

02:02  18   Q.   In the description it says five eighths -- 14 -- does that

02:02  19   many anything to you?

02:02  20   A.   It appears to be a typo because the photo below -- if it

02:02  21   was larger it would say five eighths 24 and not five eighths

02:02  22   14.

02:02  23   Q.   How about the one below that says half inch 28?

02:02  24   A.   The one below does appear to match the photo and is the

02:02  25   description of half inch 28.

02:02  1    Q.  What is the significance -- and you talked about the

02:02  2    threading -- what is the significance to that?

02:02  3    A.  So, the significance is those thread inches are firearm

02:03  4    muzzle threads not found in automotive use.

02:03  5    Q.  It is also calling them a fuel filter -- when it is calling

02:03  6    them a fuel filter does it make sense for this ad to call it

02:03  7    that?

02:03  8    A.  It does not.

02:03  9    Q.  If you could explain for the jury.

02:03  10   A.  Filters generally have a filter so they have a way of

02:03  11   straining fluid to clean it and prevent debris from entering

02:03  12   whatever you are attempting to filter.  These not having a

02:03  13   filter of any kind would basically go against the description.

02:04  14   Q.  If you would for the members of the jury -- who may not be

02:10  15   familiar with a fuel filter -- could you describe what a fuel

02:10  16   filter is and the component parts?

02:10  17   A.  So it is just as it sounds.  A fuel filter's main purpose

02:10  18   is to filter. Most filters have an inlet and outlet. They could

       19   have an attachment for a hose to go right on or..

       20           THE COURT REPORTER:  Judge, I can barely hear the

       21   witness.

       22           THE COURT:  Again, officer, if you do not speak into

       23   the microphone and keep your voice up no one here will be able

       24   to hear or understand what you are saying.

02:10  25           THE WITNESS:  I will try my best, ma'am.

02:10  1  Q.   The Monocore silencer you see in the picture does that have

02:10  2  any filtering component in it?

02:11  3  A.   None in the photo.

02:11  4  Q.   And of the Monocore and the cone style silencer you have

02:11  5  examined do any of them have a filtering component?

02:11  6  A.   No.

02:11  7  Q.   Out of the box could they function as a fuel filter?

02:11  8  A.   They could not.

02:11  9  Q.   I think you mentioned the threading?

02:11  10  A.   That is correct.

02:11  11  Q.   All right. What about the threading would not make it a

02:11  12  fuel filter?

02:11  13  A.   The fact that the threading is consistent with a firearm

02:11  14  muzzle threading and not consistent with the standard threading

02:11  15  that is used for things of this nature.

02:11  16  Q.   Based on your training and experience did the threading fit

02:12  17  any type of a fuel filter?

02:12  18  A.   Not that I am aware of.

02:12  19  Q.   Just to recap, Officer Moser, does it make sense that the

02:12  20  item here on -- found on the defendant's phone -- that it is

02:12  21  called a solvent trap?

02:12  22  A.   It does not make sense because it also says fuel trap just

02:12  23  below that, which is two different things.

02:12  24  Q.   So it is being called two separate things; is that correct?

02:12  25  A.   Yes.

02:12  1   Q.  All right.  So does it make any sense at all to call it a

02:12  2   solvent trap?

02:12  3   A.  It does not.

02:12  4   Q.  And how about to -- calling it a fuel filter?

02:12  5   A.  Not at all.

02:12  6   Q.  And based on your training and experience what is depicted

02:13  7   there on the defendant's phone in those two pictures?

02:13  8   A.  One piece or monolithic baffle core type firearm silencers.

02:14  9   Q.  Showing you Exhibit 28, which is another photograph taken

02:14  10  from the defendant's phone; please describe for the jury if you

02:14  11  would what they are seeing here.

02:14  12  A.  The top portion is what appears to be a cone type firearm

02:14  13  silencer -- three separate ones.

02:14  14  Q.  And do they have the parts and characteristics that you

02:14  15  described in the items that were examined as pertained to Mr.

02:14  16  Schieferle?

02:14  17  A.  Yes.

02:14  18  Q.  Does anything about those -- what is in those pictures --

02:15  19  does it suggest they have any of the component parts, features

02:15  20  or characteristics of either a fuel filter or a solvent trap?

02:15  21  A.  Not at all.

02:15  22  Q.  Showing you Government 29 -- which is another photo of an

02:15  23  order from the defendant's phone -- anything about that suggest

24  it could be a car fuel filter?

25  A.  No, there is not.

1    Q.  What kind of silencer is it that -- or what are we looking

2    at here?

02:14   3    A.  That would be consistent with a cone type firearm silencer.

02:17   4    Q.  All right. I will show you another photograph, which is

02:17   5    Government's Exhibit 32 -- again from the defendant's phone --

02:17   6    can you tell us what we are looking at here?

02:17   7    A.  The one piece or the monolithic baffle core type firearm

02:17   8    silencer.

02:17   9    Q.  Is that what we are looking at in Government's 1 I and J?

02:17   10   A.  That is correct.

02:17   11   Q.  It says ten inch. Is that significant in any way?

02:17   12   A.  Yes. That would match the length of which -- the firearm

02:18   13   silencers which I examined.

02:18   14   Q.  Some of them or all of them?

02:18   15   A.  Some of them.

02:18   16   Q.  Does the picture show the component parts of a silencer?

02:18   17   A.  Yes, it does.

02:18   18   Q.  Can you describe for the members of the jury what I am

02:18   19   pointing to in this photograph?

02:18   20   A.  Yes.

02:18   21   Q.  What is that?

02:18   22   A.  The photo appears to show an off road vehicle engine

02:18   23   utilizing what is a -- majority of the components of what the

02:18   24   photo are -- with the exception of the cap at the base matches

02:19   25   the design features of the cap with the wide open hole.

02:19  1      Therefore the hose would just be dumping fluid through the

02:19  2  device in question..

02:19  3      (INAUDIBLE FOR THE RECORD)

02:19  4  Q.  Does it make any sense for this thing to be attached to

02:19  5  that engine?

02:19  6  A.  It does not.

02:19  7  Q.  Have you changed the oil in your own car?

02:19  8  A.  Hundreds of times, yes.

02:19  9  Q.  Are you familiar with vehicles and filters?

02:19 10  A.  Yes, I am.  I build classic cars and motorcycles as well as

02:19 11  trucks.

02:19 12  Q.  So does this configuration showing this silencer in this

02:19 13  particular way -- does that make any sense to you at all?

02:19 14  A.  It does not. It is not attached to anything; it would just

02:19 15  be floating around.

02:20 16  Q.  This is Government's Exhibit 35 B -- from the defendant's

02:20 17  phone again -- please describe for the members of the jury what

02:20 18  we are seeing there.

02:20 19  A.  Yes. In the top in silver would be the one piece type

02:21 20  monolithic baffle core and the bottom left would be consistent

02:21 21  with the cone type firearm silencers.

02:21 22      And on the right would be a description showing a firearm

02:21 23  silencer assembled with basically an X-ray of the internal

02:21 24  component.

02:21 25

02:21  1   Q.  Why are we seeing the cone type and the Monocore? What is

02:21  2   the significance?

02:21  3   A.  A lot of times in ads like this certain photos are not

02:21  4   available at the time to make up what they are looking for so

02:21  5   you will see commonly things misrepresented.

02:22  6   Q.  Does that indicate to you the parts of a firearm silencer

02:22  7   in that photograph

02:22  8   A.  Yes, it does.

02:22  9   Q.  Showing you Government's Exhibit 17 A; have you had the

02:23  10  opportunity to review that exhibit?

02:23  11  A.  Yes, I have.

02:23  12  Q.  This is a portion of the Poor Man's James Bond. Can you

02:23  13  describe what is being conveyed in that portion of the book?

02:23  14  A.  What appears to be conveyed there -- you see there is

02:23  15  another patent from 1948 showing firearm silencer on what

02:23  16  appears to be a handgun.

02:23  17  Q.  I see a figure two and three. What is the significance of

02:23  18  that?

02:23  19  A.  They appear to be firearm silencer parts.

02:23  20  Q.  And can you identify what firearm silencer parts they might

02:24  21  be?

02:24  22  A.  Yes. Figure two appears to be the rear end-cap which would

02:24  23  be affixed to the firearm muzzle and the top photograph near

02:24  24  the bottom the second set of letters in is 14. If you look at

02:24  25  figure two 14 is also referenced.

02:24  1    Q.   What about figure three?

02:24  2    A.   Figure three we see 24 at the bottom right, and if we go to

02:24  3    the top we also see 24. That would appear to be the front

02:24  4    end-cap.

02:24  5    Q.   Are those similar to the front, rear end-caps we discussed

02:24  6    in the silencers that were related to the defendant?

02:24  7    A.   Correct.

02:25  8    Q.   And in Government's Exhibit 17 B what is being described

02:25  9    there?

02:25  10   A.   At the top it says silenced Ruger pistol. The design

02:25  11   appears to be an integral type firearm silencer.

02:25  12   Q.   An integral type -- is that what you said?

02:25  13   A.   Yes. That is where you would take the barrel and drill

02:25  14   multiple holes, put a tube over it, and you are using the

02:25  15   barrel now as baffles and expansion chambers to allow the gas

02:25  16   to escape out to the outer tube.

02:25  17   Q.   Showing you section 17 D of the Poor Man's James Bond. Can

02:25  18   you please describe for the members of the jury what we are

02:26  19   seeing there.

02:26  20   A.   That is labeled AR 7 silenced barrel.  That is laying out

02:26  21   steps in which you can silence that firearm.

02:26  22   Q.   Showing you Government's Exhibit 18, another excerpt from

02:26  23   the Poor Man's James Bond, can you tell us what we are looking

02:26  24   at here?

02:26  25

02:26  1   A.   It reads silencers from the home workshop.  That would be

02:26  2   laying out how you could make improvised firearm silencers from

02:27  3   home.

02:27  4   Q.   All right. And have you had an opportunity to review that

02:27  5   excerpt, which is Government's Exhibit 18, pages 219 through

02:27  6   294?

02:27  7   A.   Yes.

02:27  8   Q.   Is there anything that is there that would be of interest?

02:27  9   A.   I can't recall the exact page but it would be something

02:27  10  about using automotive parts.

02:27  11  Q.   Would a copy of the exhibit refresh your recollection as to

02:27  12  what is contained in the contents?

02:27  13  A.   Yes, it would.

02:28  14  Q.   Is your recollection refreshed?

02:28  15  A.   Yes.

02:28  16  Q.   All right.  Is there anything in particular that would be

02:28  17  of interest to someone interested in making silencers?

02:28  18  A.   Yes, this section would outline the manufacturing and how

02:28  19  you would drill -- sizes you may want -- different components

02:28  20  and design features you may want to use.

02:29  21  Q.   Are there any safety considerations that may be of interest

02:29  22  to someone that would like to make a silencer?

02:29  23  A.   Yes. It references that you want to make sure the path that

02:29  24  the bullet travels through -- it can't impact anything because

02:30  25  that could cause catastrophic damage.

02:30  1    Q.   Does it provide instructions about that particular element?

02:30  2    A.   It does.

02:30  3    Q.   Anything else that is significant about that particular

02:31  4    section?

02:31  5    A.   The excerpt basically says do not do this or you will be in

02:31  6    violation of Federal law.

02:31  7    Q.   Now the bottom diagram on page 220 -- you see that?

02:32  8    A.   Yes.

02:32  9    Q.   What specifically is that?

02:32  10   A.   That is an improvised firearm silencer.

02:32  11   Q.   Showing you Government's Exhibit 19 another excerpt from

02:32  12   the Poor Man's James Bond manual.

02:32  13   A.   Yes.

02:32  14   Q.   Did you have an opportunity to review that?

02:32  15   A.   Yes.

02:32  16   Q.   What is generally being conveyed here in Government Exhibit

02:32  17   19?

02:32  18   A.   So, we see silencers being made easy.  And this is another

02:32  19   version of an improvised or homemade silencer -- underlined

02:33  20   near the bottom it says Brigs & Stratton M 110 muffler.

02:33  21   Q.   Taking a look at Government's Exhibit 35 A -- this is an

02:34  22   exhibit that was taken from the defendant's phone  -- is that

02:34  23   particular photograph or meme of any significance to you?

02:34  24        MR. BUSCHEL: Objection.

02:34  25

02:34  1          THE COURT:  Sustained. This has nothing to do with his

02:34  2     expertise.

02:34  3          MR. DEMANOVICH:  I will move on.

02:34  4          THE COURT:  All right.

02:34  5     Q.  Government's 36 -- we will be referring to that in just a

02:34  6     moment -- you mentioned that 11 of the firearm silencers would

02:35  7     require a drill step where you would have to drill into them.

02:35  8     A.  Yes.

02:35  9     Q.  That would be for the bullet to go through the silencer?

02:35  10    A.  That is correct.

02:35  11    Q.  Is this something that is hard to do?

02:35  12    A.  No, it is not.

02:35  13    Q.  And this is something you have done before?

02:35  14    A.  Previously on separate cases for my job I had done this in

02:35  15    less than five minutes -- holding the objects with just my

02:35  16    hands and drilling them.

02:35  17    Q.  And using the premarked divet or pilot hole does that make

02:35  18    it easier?

02:35  19    A.  Yes.

02:35  20    Q.  And why is it important to drill properly?

02:35  21    A.  It is important to drill properly to, one, prevent damage

02:36  22    to the device you are attempting to drill.

02:36  23        And also to prevent injury to you or others that may be

02:36  24    around you where it could come out at an angle to the side and

02:36  25    possibly strike someone nearby.

02:36  1   Q.  And to do this drilling does it require any equipment that

02:36  2   is difficult to get?

02:36  3   A.  It requires you to do a little -- I would say education to

02:36  4   make sure you know what you are doing to prevent injury to

02:36  5   yourself and know how to drill a center hole using a center

02:36  6   index mark that is provided.

02:36  7   Q.  And so do you need to be a master carpenter or driller to

02:36  8   be able to do this?

02:36  9   A.  No, you do not.

02:36  10  Q.  How about the drill, is there a special drill?

02:37  11  A.  No.  You can go to any hardware store such as Ace or Home

02:37  12  Depot.

02:37  13  Q.  How about the drill bit itself, is that hard to get or does

02:37  14  that require some special knowledge?

02:37  15  A.  No.  You can get drill bits from a Dollar Store up to big

02:37  16  box stores like Loews or Home Depot.

02:37  17  Q.  Showing you Government's Exhibit 36. It is a price watch

02:37  18  for a Neiko 10169 A titanium step drill bit set.  Is that a

02:37  19  drill that would be consistent with drilling holes into a

02:37  20  silencer?

02:37  21  A.  Yes.

02:38  22  Q.  When it says automatic center punch is that significant at

02:38  23  all?

02:38  24  A.  Automatic center punches...

02:38  25

02:38  1        (UNINTELLIGIBLE FOR THE RECORD)

02:38  2        ...as you push into an object it makes a dent in it to get

02:38  3   the drill bit centered on the dent you made.

02:38  4   Q.  Is that usual in drilling out a firearm silencer?

02:38  5   A.  Yes.

02:38  6   Q.  Why would that be?

02:38  7   A.  If you did not have center indexing marks it would be

02:38  8   important to have something like that to make that mark for

02:38  9   you.

02:38  10  Q.  Even if you did have center indexing marks would this type

02:38  11  of drill -- this center punch -- would it help to increase the

02:38  12  accuracy of the drill?

02:38  13  A.  Yes, it would.

02:38  14  Q.  So consistent with your training and experience, officer,

02:38  15  would that be consistent with drilling holes in a firearm

02:38  16  silencer?

02:38  17  A.  Yes.

02:39  18  Q.  Now that we have gotten to the nuts and bolts of the --

02:39  19  pardon the pun -- of the silencers themselves I want to ask

02:39  20  some further questions.   Is there a market for bringing these

02:39  21  items from outside the United States back into this country?

02:40  22        MR. BUSCHEL:  Objection, relevance.

02:40  23        THE COURT: Sustained.

02:40  24        Ladies and gentlemen, we will take an afternoon break

02:40  25  for caffeine and sugar.

| | | |
|---|---|---|
| 02:40 | 1 | Let's take about five minutes or maybe a little |
| 02:40 | 2 | longer. |
| 02:41 | 3 | COURT SECURITY OFFICER:  All rise, please. |
| 02:41 | 4 | JURY EXCUSED |
| 02:41 | 5 | THE COURT:  If you would step out for a moment. |
| 02:41 | 6 | THE WITNESS:  Yes, Your Honor. |
| 02:41 | 7 | WITNESS EXCUSED |
| 02:41 | 8 | THE COURT:  Couple of things.  First, you need to slow |
| 02:41 | 9 | down.  Also, you cannot ask leading questions of your expert |
| 02:42 | 10 | witness.  He is an expert so you need to let him answer. |
| 02:42 | 11 | THE COURT:  How much longer do you have? |
| 02:42 | 12 | MR. DEMANOVICH:  Maybe 15 minutes. |
| 02:42 | 13 | THE COURT:  You have in fact NO more than 15 minutes. |
| 02:42 | 14 | MR. DEMANOVICH: Yes, Your Honor. |
| 02:42 | 15 | THE COURT:  All right. Five minutes. |
| 02:54 | 16 | BRIEF RECESS TAKEN |
| 02:54 | 17 | THE COURT:  Bring in the jury, please. |
| 02:54 | 18 | COURT SECURITY OFFICER:  All rise, please. |
| 02:55 | 19 | THE COURT:  Everyone may be seated. |
| 02:55 | 20 | Mr. Demanovich, you may continue. |
| 02:55 | 21 | Q.  All right. Let's take a look again at Exhibit 29. The price |
| 02:56 | 22 | there -- it says 20.53 -- $23. |
| 02:56 | 23 | A.  Yes. |
| 02:56 | 24 | Q.  Is that about how much these things costs, the solvent trap |
| 02:56 | 25 | fuel filter slash silencers? |

02:56  1   A.   About that, yes.

02:56  2   Q.   How much does a legal silencer cost on average?

02:56  3   A.   The one that I am looking to purchase for myself is about

02:56  4   $800.

02:56  5   Q.   Is that about the going rate?

02:56  6   A.   Yes.

02:56  7   Q.   Would you be able to get a legal silencer for $23?

02:56  8   A.   You could not.

02:57  9   Q.   And is it cheaper to get them out of the country?

02:57  10  A.   It would be.

02:57  11  Q.   In order to legally own a silencer are there certain

02:57  12  regulations that you have to adhere to?

02:57  13  A.   Yes.

02:57  14  Q.   Is there a process that you would have to go through to

02:57  15  register and legally own a silencer?

02:57  16  A.   There is a form that you have to fill out to have it

02:57  17  legally registered prior to actually possessing the firearm

02:57  18  silencer, and you would have to pay $200 for the tax stamp.

02:57  19  Q.   Is that tax stamp in addition to the silencer?

02:57  20  A.   Yes.

02:57  21  Q.   And is that tax stamp for one silencer or is that for each

02:58  22  silencer?

02:58  23  A.   That is for each silencer.

02:58  24  Q.   All right. Directing your attention to the 58.4 threading

02:58  25  from Exhibit 29 -- and also Exhibit 28 you will see that one

02:58   1   half 28 threading -- do you see both of those?

02:58   2   A.   Yes, I do.

02:58   3   Q.   And, again, those threading's would fit the firearms that

02:58   4   are found in the defendant's home correct?

02:58   5   A.   Yes.

02:59   6            (COUNSEL AND WITNESS SPEAK SIMULTANEOUSLY)

02:59   7   Q.   Can you legally register a silencer that does not have a

     8   serial number?

     9   A.   No, it has to be serialized?

    10            THE COURT REPORTER:   Judge...

    11            THE COURT: Mr. Demanovich, you are going to have to

    12   slow down and speak into the microphone.

02:59  13   Q.   Did any of those silencers that we have discussed here

02:59  14   today have any markings, any serial numbers or any type of

02:59  15   identification numbers?

02:59  16   A.   No.

02:59  17   Q.   Were any of them registered with the National Firearms and

02:59  18   Transfer Record?

02:59  19   A.   None that I am aware of.

03:00  20   Q.   Is a silencer considered like a firearm accessory?

03:00  21   A.   No, a firearm silencer is considered a firearm.

03:00  22   Q.   So it is a firearm in and of itself?

03:00  23   A.   That is correct

03:01  24            MR. DEMANOVICH:   Thank you; I have no further

03:01  25   questions.

03:01   1          THE COURT:  Cross examination, Mr. Buschel.

03:01   2          MR. BUSCHEL:  Thank you, Your Honor.

03:02   3   Q.  Good afternoon, officer.

03:02   4   A.  Good afternoon, sir.

03:02   5   Q.  Now you do not know David Schieferle; is that correct?

03:02   6   A.  I have not met or heard of him.

03:02   7   Q.  So you do not know what he thinks or what he has thought

03:02   8   correct?

03:02   9   A.  I could not testify to that, no.

03:02   10  Q.  You do not know what he has read or viewed?

03:02   11  A.  Aside from the evidence that was presented to me, no.

03:02   12  Q.  And you do not know if he has actually read what was

03:02   13  presented to you?

03:02   14  A.  I was informed -- or saw -- a cell phone that had belonged

03:02   15  to him with records on it.

03:02   16  Q.  You do not know if he actually saw what was presented to

03:03   17  you, you do not have that knowledge?

03:03   18  A.  I could not speak to that.

03:03   19  Q.  And a solvent trap is a device used to clean a firearm to

03:03   20  trap the solvent or chemical to clean the barrel of a firearm,

03:03   21  correct?

03:03   22  A.  There are some, yes.

03:03   23  Q.  And those are legal?

03:03   24  A.  Yes -- the designs that they are, yes.

03:03   25

Q.   And inline fuel filters -- fuel filters are legal items,
correct?

A.   Yes.

Q.   A solvent is a chemical agent that is typically used to
clean firearms?

A.   Yes.

Q.   And a solvent trap has a metal cylinder, correct?

A.   Not the design that I am used to seeing, no.

Q.   But it could have one, couldn't it?

A.   I have not seen a cylindrical solvent trap used in cleaning
a rifle.

Q.   And a solvent trap can have an end-cap, correct?

A.   Depends on the design's features.

Q.   A solvent trap is attached to the muzzle of the firearm,
correct?

A.   It could be put on a barrel.

Q.   It could be put on a barrel?

A.   Yes, it could.

Q.   It could be put on a barrel with a thread?

A.   That would also depend on the design of said trap.

Q.   On Exhibit 1 the cups -- the ones that had cups inside
those were not drilled out, correct?

A.   That is correct.

Q.   The cups would have to be drilled out before it could be
used as a muffler?

03:04  1   A.  To be properly used they would have to be drilled, yes.

03:04  2   Q.  And so cups not drilled out could capture solvent if used

03:04  3   as a solvent trap?

03:04  4   A.  If you were attempting to put fluid in it, yes, but fluid

03:04  5   could bypass it because there is no good tight tolerance.

03:05  6   Q.  Also on the same Exhibit 1 there were markings in the

03:05  7   middle where it could be -- where you are saying that it is

03:05  8   interpreted you could drill a hole, a dimple, correct?

03:05  9   A.  The center index marker I referred to; that is correct.

03:05  10  Q.  But a hole was not drilled in the middle, correct?

03:05  11  A.  That is correct; it was identified as the center of the

03:05  12  items.

03:05  13  Q.  Some of the items would require -- before the bullet could

03:05  14  pass through it -- would have to be drilled out, right?

03:05  15  A.  Yes.

03:05  16  Q.  If it is not drilled out, the end-cap was not drilled out,

03:05  17  it could capture solvent oil, couldn't it?

03:05  18  A.  It could, but also solvent could leak out because it would

03:05  19  not be tight enough to prevent that.

03:05  20  Q.  So, there are characteristics of it being a solvent trap?

03:06  21  A.  It could be.

03:06  22  Q.  All right. And it does have characteristics where it could

03:06  23  be an inline fuel filter with modifications?

03:06  24  A.  I would say no because it does not have a filtering element

03:06  25  so it is not a filter -- there is nothing to filter

03:06  1   Q.  You could add cotton swabs and still have the filtering

03:06  2   device, correct?

03:06  3   A.   If you are using cotton swabs for any automotive purpose

03:06  4   then -- it would not be wise because the cotton could be pushed

03:06  5   through the line into the engine that you are using and cause

03:06  6   catastrophic failure.

03:06  7   Q.  But you could put in another inline filter?

03:06  8   A.  It would be pointless to have two.

03:06  9   Q.  But fuel filters are legal?

03:06  10  A.  Yes.

03:06  11  Q.  And fuel filters are devices that filter particles from the

03:06  12  fuel lines of an engine, right?

03:06  13  A.  Yes.

03:07  14  Q.  Let's take a look at number 4003 if we could.

03:07  15  A.  All right.

03:07  16  Q.  You were shown certain pages on a cell phone -- you recall

03:07  17  that?

03:07  18  A.  Yes.

03:07  19  Q.  These items you can also buy in the United States?

03:07  20  A.  You can.

03:07  21  Q.  You can buy it on Amazon --

03:17  22           (WITNESS AND COUNSEL SPEAK SIMULTANEOUSLY)

03:17  23           THE COURT: Do not speak over each other, gentlemen,

03:07  24  this is difficult enough for Ms. Sanders.

03:07  25  A.  Which items the 4003?

03:07  1    Q.   The 4003.

03:07  2    A.   Yes.

03:07  3    Q.   And that is at Walmart as well -- have you seen that?

03:07  4    A.   Currently Walmart is stocking the 24,004.  The 24,003 is

03:07  5    deemed obsolete by WIX who is the manufacturer.

03:07  6              MR. BUSCHEL:   May I show those particular websites to

03:07  7    the witness?

03:07  8              MR. DEMANOVICH:   Objection, lack of predicate.

03:07  9              MR. BUSCHEL:   I would just like to use it for

03:08  10   demonstrative purposes.

03:08  11             THE COURT:   All right. This for demonstrative purposes

03:08  12   only.

03:09  13   Q.   Have you seen this before?

03:09  14   A.   If I can just take a look -- all I am seeing is the top

03:09  15   half of what appears to be a web search from Walmart. If you

03:09  16   can scroll down.

03:09  17             THE COURT:   Have you seen this particular page on a

03:09  18   website before?

03:09  19             THE WITNESS:   I do not believe I have, no.

03:09  20             THE COURT:   Then we are done.

03:09  21   Q.   Not all firearm suppressors need end-caps, correct?

03:09  22   A.   It depends on the design, correct?

03:09  23   Q.   One can use other things as a silencer, correct, like a

03:09  24   potato attached to the end --

03:09  25

03:10  1   A.   I have never seen a potato used, but it would cease to be a

03:10  2   potato once it is attached to the firearm so --

03:10  3   Q.   So it would be a potato but it would be a potato being used

03:10  4   as a firearm muffler?

03:10  5   A.   That is correct, but a firearm muffler would not have --

03:10  6               (WITNESS AND COUNSEL SPEAK SIMULTANEOUSLY)

03:10  7               THE COURT:   Stop, stop. Please do not speak over

03:10  8   each other.

03:10  9               MR. BUSCHEL: My apologies, Your Honor.

03:10  10  Q.   All right. Now, an empty two liter bottle of Coke could

03:10  11  also be a solvent trap?

03:10  12  A.   It could be.

03:10  13  Q.   It could also be a firearm muffler if you shot a bullet

03:10  14  through it?

03:10  15  A.   It could.

03:10  16  Q.   A PVC pipe attached to a firearm could also reduce the

03:10  17  noise?

03:10  18  A.   Also correct.

03:10  19  Q.   Let's go to the December 14th, 2020, the exhibits that you

03:11  20  referred to.

03:11  21  A.   All right.

03:11  22  Q.   Solvent traps are marketed as devices that do attach to a

03:11  23  firearm; is that correct?

03:11  24  A.   That is correct.

03:11  25

03:11  1    Q.   The key factor is it has to be intended for use as either a

03:11  2    solvent trap or a muffler?

03:11  3    A.   That would be the factor of intended, but it is clearly

03:11  4    stated that the combination of parts for use in assembling of

03:11  5    firearm silencer; therefore cone type baffles are already a

03:12  6    firearm silencer.

03:12  7    Q.   All right. You were not given any information about where

03:12  8    certain tubes were found -- or the one tube that was found in

03:12  9    David Schieferle's home; correct?

03:12  10   A.   Correct.

03:12  11   Q.   Now as I understand it you conducted a test -- to test the

03:12  12   sound that was produced by a particular exhibit in this case.

03:13  13   A.   Are you referring to Exhibit 1 I?

03:13  14   Q.   Yes.

03:13  15   A.   That is correct.

03:13  16   Q.   When did you do that?

03:13  17   A.   I did the test this past Friday.

03:13  18   Q.   Now I believe you said you were in the process of buying a

03:13  19   muffler for about $800. The quality of that muffler would be

03:13  20   much better than any of the items that were seized in this case

03:13  21   correct?

03:13  22   A.   It would depend on the design I was going to go for. Some

03:13  23   of these do quite well at reducing the sound of a firearm when

03:14  24   fired.

03:14  25

03:14  1   Q.  You are saying there is no purpose in the expense then?

03:14  2   A.  I would say you get more customization out of the type from

03:14  3   this case than you would going out and buying it because you

03:14  4   can customize it to your caliber size --

03:14  5   Q.  If you know what you are doing, correct?

03:14  6   A.  It is just a matter of drilling a hole.

03:14  7   Q.  If you do it wrong however, you can destroy your firearm?

03:14  8          THE COURT REPORTER:  I did not understand the witness'

03:14  9   answer.

03:14  10          THE COURT:  Nor did I.  You have to slow down,

03:14  11  officer.

03:15  12          THE WITNESS:  I am sorry

03:15  13  Q.  All right. Let's move on. Solvent traps do not have to be

03:15  14  registered with the ATF, correct?

03:15  15  A.  It would depend on their design features.

03:15  16  Q.  If they are truly solvent traps they do not have to be

03:15  17  registered with the ATF, correct?

03:15  18  A.  Correct.

03:15  19  Q.  Or the National Firearms Registration and Transfer Record?

03:15  20  A.  I believe the question is the same as before but, yes,

03:16  21  many.

03:16  22  Q.  The purpose of the ATF is not just to make arrests but it

03:16  23  is also to educate; is that correct?

03:16  24          MR. DEMANOVICH:  Objection, relevance.

03:16  25          THE COURT: Sustained.

```
03:16   1    Q.  Is there any public information provided by the ATF in
03:16   2    terms of --
03:16   3            MR. DEMANOVICH:  Objection, relevance.
03:16   4            THE COURT: Sustained. Move on, Mr. Buschel.
03:16   5            MR. BUSCHEL:  Yes, Your Honor.
03:16   6    Q.  Do you have any evidence that Mr. Schieferle bought the
03:17   7    drill bits that you referenced or discussed earlier with the
03:17   8    prosecutor?
03:17   9    A.  I do not.
03:17  10    Q.  And the Monocore tube you referred to can it be used as a
03:18  11    high prefilter for flow storage such as for fuel?
03:18  12    A.  I do not see how, no.
03:18  13    Q.  Even with modification or adapters?
03:18  14    A.  No. One end does not have a way for affixing any type of
03:18  15    fittings for a fuel line to go on; it is just an open hole. And
03:18  16    if you did not have the cap on the end then the tube would be
03:18  17    irrelevant. There is also no seal to allow for fuel pressure.
03:18  18    Q.  If someone wants to tinker with all of that stuff they can
03:18  19    do that, correct?
03:18  20    A.  Well they can buy a filter cheaper.
03:18  21    Q.  All right. Let's talk about the Poor Man's James Bond.  You
03:18  22    discussed that earlier with the prosecutor.
03:18  23    A.  I did.
03:18  24    Q.  But you only referred to a certain number of volumes. It is
03:18  25    a large book, isn't it?
```

03:19  1   A.  Yes, it is very large.

03:19  2   Q.  And it refers to articles in the 1800's all the way to 1980

03:19  3   and perhaps maybe a little more recently.

03:19  4   A.  I could not speak to every detail of the book.

03:19  5   Q.  It not only discusses just what was picked out by the

03:19  6   Government and discussed with you but various things about

03:19  7   knives and cannons and other interesting things about weapons?

03:19  8   A.  It does depict ways for you to create your own weapons and

03:19  9   firearm silencers, yes.

03:19  10  Q.  And cannons and other things that were not relevant to this

03:19  11  particular case?

03:19  12          MR. DEMANOVICH:  Objection; counsel is testifying.

03:19  13          THE COURT:  No, he is cross examining an expert

03:19  14  witness. The objection is overruled.

03:19  15  Q.  Again, it talks about other things that are not relevant to

03:19  16  silencers such as cannons and knives?

03:19  17  A.  That is correct.

03:20  18  Q.  There are devices that can be used to muffle the end of an

03:20  19  air gun?

03:20  20  A.  That is correct.  Generally those are labeled for air gun

03:20  21  use only.

03:20  22  Q.  An air gun is not a firearm, true?

03:20  23  A.  That is correct.

03:21  24          MR. BUSCHEL:  Thank you, Judge.

03:21  25          THE COURT:  Would you like a moment.

03:21 1          MR. BUSCHEL: We are fine.

03:21 2          THE COURT:  Redirect.

03:21 3          MR. DEMANOVICH:  Thank you, Your Honor.

03:22 4  Q.  Defense counsel started off talking about a solvent trap.

03:22 5  Is there anything consistent with a solvent trap in any of the

03:22 6  pieces of evidence you have examined as a part of this case?

03:23 7  A.  Not with solvent traps that I have confirmed, no.

03:23 8  Q.  Would all of the component parts that you have described,

03:23 9  would they at all be consistent with a device that is going to

03:23 10 catch fluid with solvent?

03:23 11 A.  No.

03:23 12 Q.  Does it make sense to have something inside the actual

03:23 13 container which is designed to contain fluid -- or collect

03:23 14 fluid?

03:23 15 A.  No, it would not.

03:23 16 Q.  Now counsel asked you about -- or mentioned the fact it was

03:23 17 not drilled -- would a solvent trap in any form you have ever

03:23 18 seen require that or need any type of drilling?  Would it be

03:23 19 consistent with a solvent trap to require drilling?

03:23 20 A.  No.

03:23 21 Q.  Two of the exhibits you examined, Government's Exhibit I

03:23 22 and J, would they be consistent with a solvent trap?

03:24 23 A.  No, they would be consistent with a firearm silencer.

03:24 24 Q.  Why those particular exhibits?

03:24 25 A.  They are ready to use as a firearm silencer as received.

03:24  1   Q.  And could it function at all as a solvent trap with a hole

03:24  2   drilled into the device designed to trap something?

03:24  3   A.  I would say not unless you want to make a mess.

03:24  4   Q.  You mentioned there were additional flaws indicating that

03:24  5   it was not a solvent trap. You mentioned the end-caps -- what

03:24  6   about the end-caps would make these not solvent traps?

03:24  7   A.  So, the end-caps would not really tighten to the point of

03:24  8   preventing leaks if there was fluid introduced into it.

03:24  9   Q.  So the whole point of the solvent trap would be lost when

03:24  10  you have items that have a hole drilled through it -- so that

03:24  11  the liquid could fall out and also a loose cap?

03:24  12  A.  It would totally be lost, yes.

03:25  13  Q.  And in the solvent trap, or supposedly solvent trap, would

03:25  14  there be any purpose for a pre-drilled pilot hole?

03:25  15  A.  The purpose is to drill a hole -- which is why you would

03:25  16  index the center of that item.

03:25  17  Q.  Would it make sense to have a pilot hole in what is called

03:25  18  a solvent trap?

03:25  19  A.  Not unless the intended use was for drilling.

03:25  20  Q.  Now defense counsel also asked -- and I think he posed a

03:25  21  hypothetical about the use of a device being packed with cotton

03:25  22  swabs -- do you recall that?

03:25  23  A.  Yes.

03:25  24  Q.  Would that make any sense at all?

03:25  25  A.  It would not.

03:25  1   Q.  Why would it not make sense to buy a device and then pack

03:25  2   it with cotton?

03:25  3   A.  It does not make sense at all. You can buy filters pretty

03:26  4   cheaply. Again, making your own filter would be unwise because

03:26  5   the components are not contained.

03:26  6       They could be dislodged and pulled through the fuel line --

03:26  7   or whatever you are feeding -- and if you are using them as a

03:26  8   filter that would be the engine and that would or could be a

03:26  9   catastrophic event.

03:26  10  Q.  Counsel discussed the fact that it requires some type of

03:26  11  technical knowledge to drill the hole to make it a silencer.

03:26  12      Would it be harder to drill a simple hole to make it a

03:26  13  silencer -- or would it be much more complex to make it an air

03:26  14  filter?

03:26  15  A.  It would be easier to drill the holes than to make it a

03:26  16  filter of any kind.

03:26  17  Q.  Is your testimony it would be much more complex to make it

03:26  18  into a fuel filter than it would be to drill a simple hole to

03:26  19  make it a silencer?

03:26  20  A.  Yes, it would be more difficult.

03:26  21  Q.  And of any of the 13 silencers that you examined did any of

03:27  22  them have with them a filtering component?

03:27  23  A.  No.

03:27  24  Q.  It would be required for the individual to go out and to

03:27  25  purchase a filtering component separately?

03:27   1    A.   Yes.

03:27   2    Q.   Are fuel filters readily available in the United States?

03:27   3    A.   Yes, they are.   They are available online as well as big

03:27   4    box stores and numerous other places as well.

03:27   5    Q.   And so based on your training and experience can you think

03:27   6    of any reason for an individual to make their own fuel filters?

03:27   7    A.   Being overly cheap.

03:27   8    Q.   Is it easier to buy one?

03:27   9    A.   It is easier to buy a completed fuel filter.

03:28   10   Q.   Defense counsel referenced the fact you can put a potato on

03:28   11   a firearm and make it a silencer.

03:28   12   A.   Yes.

03:28   13   Q.   And you can put a Coke can at the end of a firearm and make

03:28   14   a silencer -- you recall that question?

03:28   15   A.   Yes.

03:28   16   Q.   Were the items you were examining -- were they more or less

03:28   17   complicated than a potato or a Coke can?

03:28   18   A.   They were more complicated in the design feature.

03:28   19   Q.   Of the ones that needed to be drilled out was there any

03:28   20   other additional modification that would be required other than

03:29   21   the simple drill?

03:29   22   A.   No.

03:29   23   Q.   Now defense counsel also talked about the drilling in this

03:29   24   case, and there was an exhibit that included a drill?

03:29   25   A.   Yes.

03:29  1   Q.   Let me ask you this, Officer Moser, is there any type of

03:29  2   advantage or any reason for drilling out your own silencers?

03:29  3   A.   If you are drilling your own silencers you are generally

03:29  4   doing it for a firearm you own, and so by drilling the holes

03:29  5   themselves and not relying on a manufacturer or someone else to

03:29  6   do it for you, you are customizing those baffles to the bore

03:29  7   diameter you would use on a firearm so you would have then

03:30  8   better capabilities from a firearm silencer that you are

03:30  9   drilling yourself.

03:30  10  Q.   So you can get a user's choice -- I guess for lack of a

03:30  11  better term -- if you drill out your own silencer?

03:30  12  A.   Yes.

03:30  13  Q.   Again, what are the advantages to drilling out your own

03:30  14  silencer?

03:30  15  A.   To customize the said silencer to a specific firearm

03:30  16  caliber.

03:30  17  Q.   And in so doing you could -- that would be able to fit

03:30  18  multiple guns?

03:30  19  A.   It could.  If you have multiple firearms in the same

03:30  20  caliber -- by drilling it yourself you could then interchange

03:30  21  the firearm silencer to multiple different firearms that match

03:31  22  it.

03:31  23  Q.   Just a few more questions I promise.  Tell the members of

03:31  24  the jury what your role was in this investigation.

03:31  25

03:31  1   A.   My role was to classify exhibits that were received from

03:31  2   the defendant and make a determination if they were firearm

03:31  3   silencers; and I did that.

03:31  4   Q.   Did you have any other investigative role or have anything

03:31  5   to do with any search of his premises or any other aspect of

03:32  6   the investigation?

03:32  7   A.   No, I did not.

03:32  8   Q.   Obviously you examined the silencers as a part of your role

03:32  9   in this case?

03:32  10  A.   Correct.

03:32  11  Q.   And that was -- or was that relatively recently?

03:32  12  A.   That is correct.

03:32  13  Q.   Was there a previous evaluation that occurred earlier?

03:32  14  A.   By a different firearms enforcement officer, yes.

03:32  15  Q.   Do you know how long ago that was?

03:32  16  A.   I do not know the exact date but I believe that it was

03:33  17  about a year or so ago.

03:33  18  Q.   Thank you, officer.

03:33  19  A.   You're welcome.

03:33  20        MR. DEMANOVICH:   I have no further questions.

03:33  21        THE COURT:   Thank you, officer, you may step down.

03:33  22                  WITNESS TESTIMONY CONCLUDED

23

24

25

- - -

**C E R T I F I C A T E**

    I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.


                                  /S/PATRICIA SANDERS

_____                               _____

DATE FILED                            PATRICIA SANDERS, RPR